```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VICENTE REYES,

                              Plaintiff,

              - against -

MP 2026 LLC and RAFAEL MALDONADO

                            Defendants.
-----------------------------------------------------------X

23-CV-7428 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the case management plan entered on November 1, 2023, fact discovery is due to be completed by April 12, 2024, and the parties are to file a status report every 90 days. No status report has been filed before or after the due date of February 1, 2024. Accordingly, by April 17, 2024, the parties shall file a joint status report.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  April 10, 2024
        New York, New York

Copies transmitted this date to all counsel of record.

1